IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALLCHEM INDUSTRIES INDUSTRIAL CHEMICALS GROUP, INC.,

    Plaintiff,

v.                                            CASE NO. 1:09-cv-00210-MP-AK

TASCO CHEMICAL CORPORATION;
EXCEL CHEMICAL CORPORATION;
and TAIWAN FIELDRICH CORPORATION,

    Defendants.

_____/

## ORDER

THIS MATTER having come before the Court on Motion of ALLCHEM INDUSTRIES INDUSTRIAL CHEMICALS GROUP, INC. ("AllChem"), a Florida corporation, for an Order for the issuance of Letters of Request for International Judicial Assistance (Letters Rogatory) pursuant to Taiwan's "Laws Governing Extension of Assistance to Foreign Courts;" 28 U.S.C. § 1781(a)(2); and Section 10(a) of the Taiwan Relations Act, 22 U.S.C. § 3309(a), the Court hereby orders:

The application of Plaintiff for Letters of Request of International Judicial Assistance (Letters Rogatory) is hereby GRANTED. The executed Letter of Request with the Seal of the Court are attached. AllChem shall forward the Letters of Request to the proper authorities in Taiwan.

**DONE AND ORDERED** this 2nd day of November, 2009

_____
Maurice M. Paul, Senior District Judge
Rec'd 11 02 09 USDCFlnlPM0208