IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALLCHEM INDUSTRIES INDUSTRIAL CHEMICALS GROUP, INC.,

    Plaintiff,

v.                                         CASE NO. 1:09-cv-00210-MP-AK

EXCEL CHEMICAL CORPORATION, TAIWAN FIELDRICH CORPORATION, TASCO CHEMICAL CORPORATION, TASCO/EXCEL CHEMICAL CORPORATION,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 20, an unopposed motion to extend the time for filing a response to the Amended Complaint, filed by all the Defendants. It is hereby

**ORDERED AND ADJUDGED:**

The motion to extend time, Doc. 20, is granted. Defendants, Tasco Chemical Corporation, Excel Chemical Corporation, Taiwan Fieldrich Corporation shall have through and including April 14, 2010, to plead or otherwise respond to Plaintiff's First Amended Complaint [D.E. 9].

    **DONE AND ORDERED** this _2nd_ day of April, 2010

                            *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge