IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALLCHEM INDUSTRIES INDUSTRIAL CHEMICALS GROUP INC,

    Plaintiff,

v.                                               CASE NO. 1:09-cv-00210-MP -GRJ

EXCEL CHEMICAL CORPORATION, TAIWAN FIELDRICH CORPORATION, TASCO CHEMICAL CORPORATION, TASCO/EXCEL CHEMICAL CORPORATION,

    Defendants/Third-Party Plaintiffs,

v.

STOLT-NIELSEN USA, INC,
STOLT TANKERS B.V.,
STOLT CONCEPT B.V.,

    Third-Party Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 86, Motion to Extend Time to Respond to Stolt-Nielsen's Motion to Dismiss Third-party Complaint. The motion to extend time is unopposed. It is hereby

**ORDERED AND ADJUDGED:**

The motion to extend time, Doc. 86, is granted. Defendants shall have until March 28, 2011, to respond to the motion to dismiss the third party complaint.

**DONE AND ORDERED** this _11th_ day of March, 2011

                            *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge